FILED

JUL 1 0 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:13mj135 GSA. |
| V. | ORDER UNSEALING COMPLAINT AND AFFIDAVIT IN SUPPORT THEREOF |
| VICTOR LNU, Defendant. | |

The United States having applied to this Court, for a complaint in the above-captioned proceedings to be unsealed,

IT IS SO ORDERED, that the complaint and affidavit in the above-entitled matter shall be unsealed.

DATED: 7/10/13

Honorable Gary S. Austin
U.S. Magistrate Judge

1